UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

LETORRES GEORGE JACKSON and
ANGTOINLINA WILSON,

        Defendants.

_____/

**INDICTMENT**

The Grand Jury charges:

### COUNT 1
(Possession with Intent to Distribute Cocaine)

On or about May 5, 2025, in Berrien County, in the Southern Division of the Western District of Michigan, and elsewhere, the defendants,

LETORRES GEORGE JACKSON and
ANGTOINLINA WILSON,

knowingly and intentionally possessed with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

Before LETORRES GEORGE JACKSON committed the offense charged in this count, he was convicted of possession with intent to distribute cocaine base, in violation of 18 U.S.C. § 841(a)(1), (b)(1)(B)(iii), on or about March 7, 2016, in the Western District of Michigan, Case No. 1:15-CR-00148-PLM, a serious drug felony, for which he served a term of imprisonment of more than 12 months, and for which his release from imprisonment was within 15 years of the commencement of the offense charged in this count.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(ii)
21 U.S.C. § 802(58)

Case 1:25-cr-00143-RJJ    ECF No. 2,  PageID.26    Filed 10/07/25    Page 2 of 4

## **COUNT 2**
(Possession with Intent to Distribute Cocaine)

On or about September 17, 2025, in Calhoun County, in the Southern Division of the Western District of Michigan, the defendant,

LETORRES GEORGE JACKSON,

knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

**FORFEITURE ALLEGATION**
(Count 2 – Possession with Intent to Distribute Cocaine)

The allegations contained in Count 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1) set forth in Count 2 of this Indictment, the defendant,

LETORRES GEORGE JACKSON,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, $18,107 in U.S. currency seized on September 17, 2025.

21 U.S.C. § 853
21 U.S.C. § 841(a)(1)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
ALEXIA A. JANSEN
Assistant United States Attorney